IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARLENA KELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS ANDERSON, RODNEY GNUSE, and HOWARD NEUHAUS,<br><br>    Defendants. | 8:18CV470<br><br>MEMORANDUM<br>AND ORDER |

  This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis ("IFP"). (Filing No. 11.) On March 29, 2019, the court granted Plaintiff's request for an extension of time and gave Plaintiff until April 26, 2019, to file a notice of appeal. (Filing No. 12.) To date, Plaintiff has not filed a notice of appeal, and, based on Plaintiff's correspondence (filing no. 13) filed with the court on April 25, 2019, it appears Plaintiff does not intend to file a notice of appeal. Accordingly,

  IT IS ORDERED that Plaintiff's Motion for Leave to Appeal in Forma Pauperis (filing no. 11) is denied without prejudice to reassertion.

  Dated this 1st day of May, 2019.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge